UNITED STATES BANKRUPTCY
COURT WESTERN DISTRICT OF
LOUISIANA LAFAYETTE DIVISION

| | |
|---|---|
| IN RE:<br>   ROOSTER PETROLEUM, LLC<br>   DEBTOR | CASE NO.: 17-50708<br><br>CHAPTER 7 CASE |
| ELIZABETH G. ANDRUS, TRUSTEE<br>   PLAINTIFF<br><br>   versus<br><br>AMEGY BANK OF TEXAS<br>   DEFENDANT | ADVERSARY PROCEEDING<br>NO.: 19-05033 |

### NOTICE OF DISMISSAL

NOW INTO COURT comes Elizabeth G. Andrus, the chapter 7 trustee ("**Trustee**" or "**Plaintiff**") for the bankruptcy estate of Rooster Petroleum, LLC, a Delaware limited liability company, who respectfully represents as follows:

1. On May 31, 2019, the Trustee filed the above-referenced adversary proceeding by filing a complaint against the above-captioned defendant.

2. The defendant has not filed an answer or a motion for summary judgment.

3. Rule 41 of the Federal Rules of Civil Procedure, made applicable to this proceeding by virtue of Rule 7041 of the Federal Rules of Bankruptcy Procedure, governs the dismissal of actions. Specifically, Rule 41(a) provides, in pertinent part:

    (a)    Voluntary Dismissal.

            (1)    By the Plaintiff.

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal or state-court action based on or including the same claim, a notice of dismissal operates as adjudication on the merits.

4. Plaintiff hereby dismisses, with prejudice, this proceeding by filing this Notice of Dismissal pursuant to the provisions of Rule 41(a)(1)(A)(i).

WHEREFORE, pursuant to the provisions of Rule 41(a)(1)(A), Plaintiff hereby requests the clerk of court to DISMISS and CLOSE this proceeding without the necessity of a court order.

Respectfully submitted,

**WIENER, WEISS & MADISON, APC**

By: /s/ Seth M. Moyers
R. Joseph Naus La. Bar No. 17074
Patrick L. McCune La. Bar No. 31863
Seth M. Moyers La. Bar No. 32607
Reid A. Jones La. Bar No. 34611
P.O. Box 21990
Shreveport, Louisiana 71120-1990
Telephone:   (318) 226-9100
Telecopier:   (318) 424-5128
**ATTORNEYS FOR PLAINTIFF, ELIZABETH G. ANDRUS, CHAPTER 7 TRUSTEE**